IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK,           )
NATIONAL ASSOCIATION,       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:13cv205-MHT
                            )           (WO)
LI'L WISDOM CAMPUS, INC.,   )
                            )
    Defendant.              )
```

OPINION

Plaintiff Wells Fargo Bank, National Association filed this lawsuit against defendant Li'l Wisdom Campus, Inc., asserting a state-law claim of breach of a promissory note. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 (diversity). The cause is currently before the court on Wells Fargo's motion for default judgment.

The record in this case reflects that Li'l Wisdom was served with copies of the summons and complaint; that it has failed to respond to the summons and complaint within the time allowed; and that it has failed to respond to the clerk's entry of default.

Accordingly, this court is of the opinion that Wells Fargo's motion for entry of default judgment should be granted and that judgment of default as to the amounts due pursuant to the promissory note and guaranty should be entered against Li'l Wisdom as follows:  $ 122,144.96 plus prejudgment and postjudgment interest; and $ 8,305.70 as attorneys' fees and costs.

***

A judgment will be entered in accordance with this opinion.

DONE, this the 27th day of February, 2014.

  /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**