IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:13cv205-MHT |
| | ) | (WO) |
| LI'L WISDOM CAMPUS, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo Bank, National Association's motion for default judgment against defendant Li'l Wisdom Campus, Inc. (doc. no. 6) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, National Association and against defendant Li'l Wisdom Campus, Inc.

(3) Plaintiff Wells Fargo Bank, National Association shall have and recover from defendant Li'l Wisdom Campus,

Inc., the sum of $ 122,144.96, plus prejudgment and postjudgment interest.

(4) Plaintiff Wells Fargo Bank, National Association shall have and recover from defendant Li'l Wisdom Campus, Inc., the additional sum of $ 8,305.70 as attorneys' fees and costs.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of February, 2014.

     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE